UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00208-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR HERNANDEZ-ARTEAGA, a/k/a Victor Acosta-Zuniga,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Transfer (ECF No. 38) is **GRANTED.** After a careful review of the file in the above-captioned matter and for the reasons stated in the motion, I find that this matter shall be transferred to District Judge Robert E. Blackburn.

    December 19, 2011